IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **ROGER A. SHULER, individually and on behalf of all others similarly situated,**     Plaintiffs, v. **NATIONAL ARBITRATION FORUM, INC.; NATIONAL ARBITRATION FORUM, LLC; DISPUTE MANAGEMENT SERVICES, LLC, d/b/a FORTHRIGHT; MANN BRACKEN, LLP; FIA CARD SERVICES, N.A., f/k/a   MBNA AMERICA BANK, N.A.; and PORTFOLIO RECOVERY SERVICES, INC.,**     Defendants. | Case No. 0:09-cv-02281 (PAM/JSM) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Roger A. Shuler, pursuant to Fed. R. Civ. P. 41(a), stipulates to the dismissal of defendants FIA Services, N.A., f/k/a MBNA America Bank, N.A., and Portfolio Recovery Services, Inc.  Pursuant to Rule 41(a), this dismissal is without prejudice.  This dismissal has no effect on the claims of the remaining defendants National Arbitration Forum, Inc.; National Arbitration Forum, LLC; and Dispute Management Services, LLC d/b/a Forthright; and Mann Bracken, LLP.

Dated: September 24, 2009      Respectfully submitted,


By: */s/ James P. Carey*


James P. Carey
SIEBEN, GROSE, VON HOLTUM &
   CAREY LTD.
800 Marquette Avenue, Suite 900
Minneapolis, Minnesota 55402
Phone: 612-333-9748

PI1#496970v1