## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL ARBITRATION FORUM LITIGATION | No. 09-1939 (PAM/JSM) |
| THIS DOCUMENT RELATES TO: Shuler v. National Arbitration Forum, Inc., et al. Civil No. 09-2281 (PAM/JSM) | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Roger A. Shuler voluntarily dismisses the above-captioned action without prejudice.

Dated:  November 23, 2009

Brian M. Clark
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th St N
Birmingham, AL 35203
Tel: (205) 314-0530
Fax: (205) 254-1500
BClark@wcqp.com

s/Daniel E. Gustafson

Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Michelle J. Looby (#0388166)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, Minnesota  55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com
mlooby@gustafsongluek.com

*Attorneys for Plaintiff Roger A. Shuler*

16354